# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BRYAN, | Case No. CV 07-4132-GW (JTL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUSAN HUBBARD, Warden, | |
| Respondent. | |

In accordance with the Amended Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: January 21, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE